**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
RONALD PEGULA,                  )    No. CV 07-3484 (CW)
                                )
            Plaintiff,          )    JUDGMENT
                                )
      v.                        )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
            Defendant.          )
_____)
```

    **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: March 21, 2008


                                                              _____/s/_____
                                                                 CARLA M. WOEHRLE
                                                       United States Magistrate Judge